1 | LAWRENCE G. BROWN
United States Attorney
2 | DANIEL S. McCONKIE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700



**FILED**

OCT 2 2 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6 **SEALED**

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )
                                        ) CR. NO. 2:09-CR 450 LKK
12 |               Plaintiff,            )
                                        ) ORDER TO SEAL
13 |        v.                           ) (UNDER SEAL)
                                        )
14 | FRANKIE THOMAS GOULDING,            )
      LIO WILLIAM MATAAFA, and          )
15 | JACLYN SUSAN MAJSTORIC,             )
                                        )
16 |               Defendants.          )
                                        )
17

18      IT IS HEREBY ORDERED that the documents in the above

19 referenced case shall be sealed until the arrest of the first

20 defendant or until further order of the Court.

21 DATED: OCTOBER 22, 2009

22                           _____
                            HONORABLE KIMBERLY J. MUELLER
23                          U.S. Magistrate Judge

24

25

26

27

28