1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **JACLYN SUSAN MAJSTORIC**
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**,   )   **CASE NO. 2:09-cr-00450 LKK**
                                    )
12              Plaintiff           )
                                    )   **STIPULATION AND**
13         vs.                      )   **ORDER CONTINUING**
                                    )   **STATUS CONFERENCE**
14                                  )
   **FRANKIE THOMAS GOULDING**,     )
15                                  )
              Defendant.            )
16 _____  )

17

18         The United States, through its undersigned counsel, and the defendants, through their

19 undersigned counsel, hereby agree and stipulate that the status conference, which is currently

20 scheduled for October 16, 2012 at 09:15 AM in Courtroom 4 should be vacated and continued

21 to December 4, 2012, at 9:15 a.m.

22         All counsel agree that time should be excluded under the Speedy Trial Act from the date

23 this stipulation is lodged through December 4, 2012.

24         The parties stipulate and agree that the continuance requested herein is necessary to

25 provide defense counsel reasonable time to receive and review discovery concerning the

26 offense, and taking into account due diligence, the parties agree that the interests of justice in

27 granting this reasonable request for a continuance outweigh the best interests of the public and

28 defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and

-1-

1  Local Code T4.

2  Dated: October 12, 2012                    /s/ Daniel Stoddard McConkie, Jr.
                                             DANIEL STODDARD MCCONKIE, JR.
3                                            Assistant U.S. Attorney

4  Dated: October 12, 2012                    /s/ John R. Duree, Jr.
                                             JOHN R. DUREE, JR.
5                                            Attorney for Jaclyn Susan Majstoric

6
   Dated: October 12, 2012                    /s/ Ron Peters
7                                            RON PETERS
                                             Attorney for Frankie Thomas Goulding
8
   Dated: October 12, 2012                    /s/ Robert Holley
9                                            ROBERT HOLLEY
                                             Attorney for Lio William Mataafa
10

11

12

13

14

15
                                **ORDER**
16

17        The status conference, scheduled for October 16, 2012, is continued to December 4, 2012, at

18  9:15 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best

19  interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the

20  speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel

21  preparation.

22

23        IT IS SO ORDERED.

24

25  Dated: October 15, 2012

26                                           LAWRENCE K. KARLTON
                                             SENIOR JUDGE
27                                           UNITED STATES DISTRICT COURT

28

                                    -2-