1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **JACLYN SUSAN MAJSTORIC**
7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  **UNITED STATES OF AMERICA**,        )   **CASE NO. 2:09-cr-00450 LKK**
                                         )
12              Plaintiff                )
                                         )   **STIPULATION AND**
13         vs.                           )   **ORDER CONTINUING**
                                         )   **STATUS CONFERENCE**
14                                       )
    **FRANKIE THOMAS GOULDING**,         )
15                                       )
               Defendant.               )
16  _____     )

17

18       Plaintiff United States of America, by and through its counsel of record, and defendant,

19  by and through his counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on  December 4, 2012.

21       2.      By this stipulation, defendant now moves to continue the status conference until

22  January 29, 2013, at 9:15 a.m. am in Courtroom 4 and to exclude time between December 4,

23  2012 and January 29, 2013 under Local Code T4.  Plaintiff does not oppose this request.

24       3.      The parties agree and stipulate, and request that the Court find the following:

25       a.      The parties have commenced negotiations but have not yet reached resolutions.

26       b.      Counsel for defendants desire additional time to consult with their clients, to

27               review the current charges, to conduct investigation and research related to the

28               charges, and to discuss potential resolutions with their clients.

c.   Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.   The government does not object to the continuance.

e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 4, 2012 to January 29, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

//

1

2   Dated: November 30, 2012                    ___/s/ Daniel Stoddard McConkie, Jr.____
                                                DANIEL STODDARD MCCONKIE, JR.
3                                               Assistant U.S. Attorney

4   Dated: November 30 2012                      __/s/ John R. Duree, Jr._____
                                                JOHN R. DUREE, JR.
5                                               Attorney for Jaclyn Susan Majstoric

6
    Dated: November 30, 2012                      __/s/ Ron Peters_____
7                                               RON PETERS
                                                Attorney for Frankie Thomas Goulding
8
    Dated: November 30, 2012                      __/s/ Robert Holley_____
9                                               ROBERT HOLLEY
                                                Attorney for Lio William Mataafa
10

11

12

13                                    O R D E R

14

15
    IT IS SO FOUND AND ORDERED this 3rd  day of December, 2012.
16

17

18

19

20                                  LAWRENCE  K.  KARLTON
                                    SENIOR  JUDGE
21                                  UNITED  STATES  DISTRICT  COURT

22

23

24

25

26

27

28