Robert M. Holley
Attorney at Law
State Bar No. 50769
2150 River Plaza Drive, Ste. 200
Sacramento, California 95833

Counsel for Lio William Mataafa

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                         )<br>                                )<br>LIO WILLIAM MATAAFA,            )<br>                                )<br>          Defendant.            )<br>_____) | Case No. 2:09-cr-00450 LKK<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER** |

    Plaintiff United States of America, by and through its counsel of record, and defendants Lio William Mataafa, Jaclyn Susan Majstoric, and Frankie Thomas Goulding, by and through their respective undersigned counsel of record, hereby stipulate as follows:

    1.  By previous order, this matter was set for status conference for Wednesday, **May 29, 2013 at 9:15 a.m.**

    2.  By this stipulation, defendants, and each of them, now move to continue the status conference to **Tuesday, July 2, 2013 at 9:15 a.m.** and to exclude time from May 29, 2013 up to and including July 2, 2013 under Local Code T4.  Plaintiff does not oppose this request.

    3.  The parties agree, stipulate, and request that the

1  Court find the following:
2      a.   All parties have been actively involved in resolving
3           these matters and avoiding the necessity of a jury
4           trial.  Counsel for the government has been on a
5           necessary paternity leave and is scheduled to return to
6           duty on June 10, 2013.  Continued negotiations after
7           that time are expected to resolve, prior to the advent
8           of this new proposed date for status conference.  The
9           government does not object to the continuance.
10     b.   Based on the above-stated findings, the ends of justice
11          served by continuing the case as requested outweigh the
12          interest of the public and the defendant in a trial
13          within the original date prescribed by the Speedy Trial
14          Act.
15     f.   For the purpose of computing time under the Speedy
16          Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which
17          trial must commence, the time period of, **May 29, 2013**
18          **2013 up to and including July 2, 2013 inclusive,** is
19          deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),
20          B(iv) [Local Code T4] because it results from a
21          continuance granted by the Court at defendant's request
22          on the basis of the Court's finding that the ends of
23          justice served by taking such action outweigh the best
24          interest of the public and the defendant in a speedy
25          trial.
26     4.   Nothing in this stipulation and order shall preclude a
27
28                                            2

finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     May 24, 2013        /s/ Mr. Richard Bender,(by RMH)
                               Mr. Richard Bender, Esq.
                               Assistant United States Attorney
                               Supervising Counsel for Mr. Daniel
                               Stoddard McConcie, Jr.

DATED:     May 24, 2013        /s/ Mr. Robert M. Holley
                               Mr. Robert M. Holley
                               Counsel for Defendant
                               Lio William Mataafa

DATED:     May 24, 2013        /s/ Mr. John R. Duree, Jr. (by RMH)
                               Mr. John R. Duree, Jr.
                               Counsel for Defendant
                               Jaclyn Susan Majstoric

DATED:     May 24, 2013        /s/ Mr. Ron Peters, (by RMH)
                               Mr. Ron Peters
                               Counsel for Defendant
                               Frankie Thomas Goulding

## O R D E R

**IT IS SO FOUND AND ORDERED this 29th day of May, 2013.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3