**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
**JACLYN SUSAN MAJSTORIC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CASE NO. 2:09-cr-00450 LKK |
| Plaintiff ) | |
| vs. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **FRANKIE THOMAS GOULDING**, ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 6, 2013.

2. By this stipulation, defendants now move to continue the status conference until September 24, 2013, at 9:15 a.m. am in Courtroom 24 and to exclude time between August 6, 2013 and September 24, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The parties have commenced negotiations but have not yet reached resolutions.

   b. Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with their clients.

      c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2013 to September 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 2, 2013       /s/ Jason Hitt  
      JASON HITT  
      Assistant U.S. Attorney

Dated: August 2, 2013       /s/ John R. Duree, Jr.  
      JOHN R. DUREE, JR.  
      Attorney for Jaclyn Susan Majstoric

Dated: August 2, 2013       /s/ Ron Peters  
      RON PETERS  
      Attorney for Frankie Thomas Goulding

Dated: August 2, 2013       /s/ Robert Holley  
      ROBERT HOLLEY  
      Attorney for Lio William Mataafa

O R D E R

IT IS SO FOUND AND ORDERED this 6th day of August, 2013

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT